```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0106--CR (JWS)
                         "USA V JASON PAUL ONIS KING KIVI"
                         DEF 1.1 KIVI, JASON PAUL ONIS KING

              Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  11/16/05
             Closed:  NO
  No. of Defendants:  1
     MJ Case Number:
                AKA:
    Location status:  Other Custody
         Trial date:
         Terminated:  NO
  Needs interpreter:  NO
  Counsel of record:  None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Bryan Schroder
                    Assistant US Attorney
                    222 West Seventh Avenue #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    FAX 907-271-1500
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 KIVI, JASON PAUL ONIS KING

Document          Count     Citation and Description                       Disposition
────────────      ─────     ────────────────────────────────────────       ───────────
   1 -    1 IND     1       18:922(g)(1), 924(a)(2) FELON IN POSSESSION OF A   Pending
                            FIREARM (F)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A05-0106--CR (JWS)
                              "USA V JASON PAUL ONIS KING KIVI"

                                     For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 11/16/05
            Closed: NO
 No. of Defendants: 1


 Document #    Filed       Docket text
 ──────────    ─────       ───────────
      1 -  1   11/16/05    [Re: DEF 1] PLF 1 Indictment.

   NOTE -  1   11/17/05    [Re: DEF 1] Issued WOA on 11/17/05.

      2 -  1   11/17/05    [Re: DEF 1] JDR Grand Jury Minutes re: war of arrest to iss; H/C ad pros
                           to follow; no bail set; set for arr & notify USM; in state custody @
                           Wildwood.

      3 -  1   11/17/05    [Re: DEF 1] PLF 1 Petition for Writ of H/C Ad Prosequendem.

   NOTE -  2   11/22/05    Issued: writ of H/C ad prosequndum.

      4 -  1   11/22/05    [Re: DEF 1] JDR Order granting petition for issuance of writ of H/C ad
                           prosequendum. cc: USA, USM, USPO, def w/USM cy
```