MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs JASON PAUL ONIS KING KIVI  CASE NO. A05-0106-CR (JWS)
Defendant: X  Present    X  In Custody

BEFORE THE HONORABLE        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:      ROBIN M. CARTER

UNITED STATES ATTORNEY:     BRYAN SCHRODER

DEFENDANT'S ATTORNEY:       M.J. HADEN

U.S.P.O.:                   KAREN BREWER

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD 12/27/05:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:33 a.m. court convened.

X Copy of Indictment given to defendant: read.

X Defendant sworn.

X Defendant advised of general rights, charges and penalties.

X Defendant waived full advisement of rights.

X Defendant states true name: same as above    Age:   27

X Financial Affidavit **FILED**.
   X Federal Public Defender accepted appointment. FPD notified.

X PLEA: Not guilty to Count 1 of the Indictment.

X Counsel advised of trial date: **February 27, 2006**

X Detention uncontested.  Order of Detention Pending Trial **FILED**.

X Pretrial motions due **January 17, 2006**

X OTHER: Defense counsel unavailable the week of **1/17/06**.

At 10:45 a.m. court adjourned.

DATE: December 27, 2005        DEPUTY CLERK'S INITIALS:   rc

DATE: December 27, 2005        DEPUTY CLERK'S INITIALS:   rc