M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 30 AM 11: 02

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>JASON PAUL ONIS KING KIVI,<br><br>         Defendant. | Case No. A05-0106 CR (JWS)<br><br>**ENTRY OF APPEARANCE** |

M. J. Haden, Staff Attorney, enters her appearance as counsel for defendant in the above-captioned action, and requests that copies of all future court documents and correspondence be sent to M. J. Haden, Staff Attorney, 550 West 7th Avenue, Suite 1600, Anchorage, AK 99501.

11

DATED this 29th day of December, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

M. J. Haden
Staff Attorney

Certification:

I certify that on December 30, 2005, I hand delivered a copy of this document to:

Bryan Schroder, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

Lenora L. Roehling