TIMOTHY M. BURGESS
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 30 PM 2: 27

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. A05-106 CR (JWS) |
| Plaintiff, | ) ) ) | DISCOVERY CONFERENCE CERTIFICATE |
| vs. | ) ) | |
| JASON KIVI, | ) ) | |
| Defendant. | ) ) | |

This document certifies that the defendant, through counsel, requested discovery from the United States, pursuant to Fed. R. Crim. P. 16, and the United States provided discovery to the defendant on December 30, 2005, and will continue to provide other discovery as it becomes available.

RESPECTFULLY submitted this 30th day of December, 2005, at Anchorage, Alaska.

TIMOTHY M. BURGESS<br>
United States Attorney<br><br>
/s/ Bryan Schroder<br>
BRYAN SCHRODER<br>
Assistant U.S. Attorney

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on December 30, 2005, via:

    (X) Pickup box at U.S. Attorney's Office

M.J. Haden
Assistant Federal Defender
550 W. 7th Avenue, Ste. 1600
Anchorage, AK 99501

Executed at Anchorage, Alaska, on December 30, 2005

*Monica [signature]*
Legal Assistant
Office of the U.S. Attorney