UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JASON PAUL ONIS KING KIVI,<br><br>        Defendant. | Case No. A05-0106 CR (JWS)<br><br>**ORDER OF SUPPRESSION** |

      Defendant having moved this court for an order suppressing the two guns obtained as the result of a warrantless search of his home, and Mr. Kivi's statements made following the fruits of the illegal search, the motion is GRANTED.

      No evidence shall be presented regarding the two guns obtained as the result of a warrantless search of Mr. Kivi's home, or any statements made by Mr. Kivi following the fruits of the illegal search.

      DATED at Anchorage, Alaska, this ____ day of _____, 2006.


                                                        _____
                                                        John W. Sedwick
                                                        United States District Court Judge