M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JASON PAUL ONIS KING KIVI,<br><br>              Defendant. | Case No. A05-0106 CR (JWS)<br><br>**REQUEST FOR AN<br>EVIDENTIARY HEARING** |

       Defendant, Jason Paul Onis King Kivi, by and through counsel M. J. Haden, Staff Attorney, has moved this court for an order to suppress the two guns obtained as the result of a warrantless search of his home, in addition to his statements made following the fruits of the illegal search.  Mr. Kivi respectfully asks that the court set an evidentiary hearing at which the government has the burden to prove that there was a valid exception to the Constitutional requirement of a search warrant.

DATED this 17th day of January, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on January 17, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden