UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON PAUL ONIS KING KIVI,<br><br>Defendant. | Case No. A05-0106 CR (JWS)<br><br>**ORDER SCHEDULING<br>EVIDENTIARY HEARING** |

Defendant having moved this court for an evidentiary hearing regarding Defendant's motion to suppress the two guns obtained as the result of a warrantless search of his home, and Mr. Kivi's statements made following the fruits of the illegal search, the motion is GRANTED.

An evidentiary hearing in front of the undersigned is hereby scheduled for _Jan. 30_, 2006, at _10:00_ a.m.

DATED at Anchorage, Alaska, this _18th_ day of _January_, 2006.

JOHN D. ROBERTS
U.S. Magistrate Judge