IN THE SUPERIOR COURT OF THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

STATE OF ALASKA,                )
                                )
            Plaintiff,          )
                                )
     vs.                        )
                                )
JASON KIVI                      )
DOB: 12 SEP 78                  )         APR 20 1999
AK ID/OL: 6674366               )
SSN: 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                )         By_____ Deputy
ATN: 100 418 841                )
                                )
            Defendant.          )
_____)

Court No. 3AN-S98-4352 Cr.

INFORMATION REPLACING INDICTMENT

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or a witness to any offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

DOMESTIC VIOLENCE OFFENSES Per AS 18.66.990(3) and (5)

[ ] ALL COUNTS       [X] NONE       [ ] SPECIFIED BELOW

COUNT I
ROBBERY 2°
AS 11.41.510(a)(2)

COUNT II
MISCONDUCT INVOLVING WEAPONS 3°
AS 11.61.200(a)(1) & (3)

COUNT III
WITNESS TAMPERING 1°
AS 11.56.540(a)(1)

DISTRICT ATTORNEY, STATE OF ALASKA
310 K STREET, SUITE 520
ANCHORAGE, ALASKA 99501
(907) 269-6300

THE DISTRICT ATTORNEY CHARGES:

Count I

That on or about the 21st day of May, 1998, at or near Anchorage, in the Third Judicial District, State of Alaska, Jason Kivi, did unlawfully and knowingly, in the course of taking or attempting to take property from the immediate presence and control of another person, did use or threaten the immediate use of force upon the persons, with the intent to compel that person to deliver the property.

All of which is a class B felony offense being contrary to and in violation of AS 11.41.510(a)(2) and against the peace and dignity of the State of Alaska.

Count II

That on or about the 18th and 21st day of May 1998, at or near Anchorage, in the Third Judicial District, State of Alaska, Jason Kivi, did knowingly possess a firearm capable of being concealed on one's person after having been convicted of a felony by a court of the State of Alaska, and, did knowingly possess a prohibited weapon.

All of which is a class C felony offense being contrary to and in violation of AS 11.61.200(a)(1) and (3) and against the peace and dignity of the State of Alaska.

2

## Count III

That on or about the 6th day of June 1998, at or near Anchorage, in the Third Judicial District, State of Alaska, Jason Kivi, did knowingly induce or attempt to induce a witness to testify falsely, or offer misleading testimony, in an official proceeding.

All of which is a class C felony offense being contrary to and in violation of AS 11.56.540(a)(1) and against the peace and dignity of the State of Alaska.

DATED this 20th day of April, 1999 at Anchorage, Alaska.

BRUCE M. BOTELHO
ATTORNEY GENERAL

SUSAN A. PARKES
DISTRICT ATTORNEY

By: /s/ Fayette
James Fayette
Assistant District Attorney
Alaska Bar No. 9106035

I hereby certify that this is a true and correct copy of the original on file in my office.
ATTEST:
Clerk of the Trial Courts at Anchorage
By: _____ 14/July/05
Deputy            Date

3