IN THE SUPERIOR COURT OF THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| JASON KIVI | ) FILED IN OPEN COURT |
| DOB: 12 SEP 78 | ) Date: 4/20/99 |
| AK ID/OL: 6674366 | ) |
| SSN: 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 | ) |
| ATN: 100 418 841 | ) |
| Defendant. | ) |

Court No. 3AN-S98-4352 Cr.

## JUDGMENT

The defendant has been convicted upon his plea of <u>no contest</u> to:

| CT  | DATE OF OFFENSE | OFFENSE              | STATUTE VIOLATED           |
|-----|-----------------|----------------------|----------------------------|
| I   | 21 May 98       | Robbery 2°           | AS 11.41.510(a)(2)         |
| II  | 18-21 May 98    | Misconduct Weapons 3°| AS 11.61.200(a)(1) & (3)   |
| III | 6 Jun 98        | Witness Tampering 1° | AS 11.56.540(a)(1)         |

and the following charges were dismissed:

None

The defendant came before the Court on effective date with counsel, and the District Attorney present.

It appearing to the satisfaction of this Court that the ends of justice and the best interests of the public, as well as the defendant, will be served thereby, IT IS ORDERED that:

## IMPRISONMENT

The defendant shall serve the following term(s) of imprisonment:

I       8 years/ 2 years suspended
II      2 years/ none suspended
III     2 years/ none suspended

Sentences on all counts are to run consecutively. The composite sentence is 12 years with 2 suspended. The court finds that the defendant has one prior felony conviction. 4 years of the jail on Count I This jail term is presumptive.

The court finds that the following statutory aggravating factor is established by clear and convincing evidence:

AS 12.55.155(c)(10) (most serious offense)
AS 12.55.155(c)(12) (on bail release for a felony at time of offense)

The defendant is assessed a $100 surcharge, pursuant to AS 12.55.039, due and owing within ten (10) days of the date of this judgment.

Within thirty days of the date of this judgment, the defendant is ordered in accord with AS 12.55.015(h) to submit to the drawing of blood and the taking of fingerprints for the purpose of inclusion in the DNA identification system established pursuant to AS 44.41.035. This procedure shall take place at a time and place specified by the Department of Corrections.

Defendant is placed on probation to the Department of Corrections for <u>five</u> years under the following conditions:

### GENERAL CONDITIONS OF PROBATION

1. Report to the Department of Corrections Probation Office on the next business day following the date of sentencing; or, if time is to be served immediately after sentencing, then report to the Department of Corrections Probation Office on the next business day following release from an institution.

2. Secure the prior written permission of a probation officer of the Department of Corrections before changing employment or residence or leaving the region of residence to which assigned.

3. Make a reasonable effort to secure and maintain steady employment. Should you become unemployed, notify a probation officer of the Department of Corrections as soon as possible.

4. Report in person between the first day and the tenth day of each month, or as otherwise directed, to your assigned office of the Department of Corrections. Complete in full a written report when your probation officer is out of the office to insure credit for that visit. You may not report by mail unless you secure prior permission to do so from your probation officer.

5. At no time have under your control a concealed weapon, a firearm, or a switchblade or gravity knife.

6. Do not knowingly associate with a person who is on probation or parole or a person who has a record of a felony conviction unless prior written permission to do so has been granted by a probation officer of the Department of Corrections.

7. Make a reasonable effort to support your legal dependents.

8. Do not consume intoxicating liquor to excess.

9. Comply with all municipal, state and federal laws.

10. Report all purchases, sales and trades of motor vehicles

belonging to you, together with current motor vehicle license numbers for those vehicles, to your probation officer.

11. Upon the request of a probation or police officer, submit to a search of your person, personal property, residence or any vehicle in which you may be found for the presence of contraband.

12. Abide by any special instructions given by the Court or any of its duly authorized officers, including probation officers of the Department of Corrections.

### SPECIAL CONDITIONS OF PROBATION

1. To maintain contact as required by the Adult Probation Office.
2. To forfeit to the investigating agency all ~~items~~ cell phones and firearms seized as evidence in this case.
3. Submit immediately to a urinalysis and/or blood analysis by a medical doctor or medical laboratory to determine the use of narcotics or other controlled substances when directed to do so by a probation officer or the Department of Corrections.

Any appearance bond in this case is:

(x) exonerated    ( ) exonerated when defendant reports to the jail to serve the term of imprisonment as noted above.

_____
April 30, 1999
EFFECTIVE DATE

_____
Superior Court Judge

I certify that on 4-21-99        I certify that on 4/21/99
a copy of this judgment          a copy of this judgment
was sent to:                     was sent to:
  ✓ DA                             ___ PROBATION OFFICER
  ✓ DEF. ATTY.   ✓ JAIL            ___ DPS-JUNEAU
                 ✓ DOC             ✓ DPS-FINGERPRINT SECTION
                 ✓ DATA            ___ DEFENDANT, THROUGH
                 ✓ TERM.
SEC./CLERK: _____
                                  ___ TICKLER PROGRAM
                                  CLERK: _____

I hereby certify that this is a true and correct copy of the original on file in my office.
ATTEST:
Clerk of the Trial Courts at Anchorage
By: _____ Deputy    14/July/05 Date