DEBORAH M. SMITH
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
Fax: (907) 271-1500
E-mail: Bryan.Schroder@usa.usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cr-106-JWS |
| ) | |
| Plaintiff, ) | **GOVERNMENT'S NOTICE** |
| ) | **REGARDING EXPERT** |
| v. ) | **TESTIMONY** |
| ) | |
| JASON ONIS KING KIVI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the United States, by and through counsel, and files its

notice pursuant to Federal Rule of Criminal Procedure 16 and Federal Rule of

Evidence 702, that it intends to call in its case-in-chief at trial Special Agent

Rebecca Bobich of the Bureau of Alcohol, Tobacco, Firearms, and Explosives

(BATF) as an expert witness. Her resume is attached, and was previously provided in discovery.

S/A Bobich will testify as to the interstate and international nexus of the firearms in this case. Her report on the Jennings/Bryco Arms .380 caliber handgun and the Israeli Military Industries (IMI) Baby Desert Eagle handgun is also attached, and was also previously provided in discovery.

As to the Jennings/Bryco Arms .380 caliber handgun, S/A Bobich will testify that Bryco Arms firearm are manufactured in Irvine, California. As to the IMI Baby Desert Eagle, S/A Bobich will testify that IMI is located in Israel, and their firearms are imported into the United States through Magnum Research Incorporated, located in Minneapolis, Minnesota.

S/A Bobich will conclude that neither of the firearms possessed by the Defendant in this case were manufactured in Alaska. She will also provide the opinion that the Jennings/Bryco Arms .380 caliber semiautomatic handgun was shipped or transported from one state to another, and the IMI Baby Desert Eagle was shipped from a foreign nation to the United States, thus both firearms were possessed in or affected commerce.

RESPECTFULLY SUBMITTED this 15th day of February, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Bryan Schroder
Assistant U.S. Attorney
222 W. 7th Avenue, #9
Anchorage, Alaska  99513-7567
Phone : (907) 271-5071
Fax: (907) 271-1500
E-mail:Bryan.Schroder@usa.usdoj.gov

I hereby certify that on February 15, 2006,
a copy of the foregoing Government's Notice
Regarding Expert Testimony was served
electronically on M.J. Haden.

s/ Bryan Schroder