**STATEMENT OF**

Rebecca A. Bobich
Bureau of Alcohol, Tobacco, Firearms and Explosives
Anchorage, Alaska
Made on October 17, 2005

I am presently employed by the United States Justice Department, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since August of 1992. I am currently assigned to the Anchorage Field Office, Anchorage, Alaska. During my employment with ATF, my primary investigative efforts have been in the area of firearms investigations.

I have received instruction in both general and specific courses in the recognition and identification of firearms and their place of manufacture. This training includes study at the Criminal Investigator School and at the ATF New Agent Training School at the Federal Law Enforcement Center located in Glynco, Georgia; as well as the ATF Firearms Interstate Nexus School, which was held in Washington, D.C. During the training in Washington, D.C., I personally examined the ATF Firearms Technology Branch's Reference Collection, which includes approximately five thousand (5,000) types of firearms. In May of 2002, I attended the Advance Interstate Nexus School, which included tours of Ruger, Smith and Wesson, Marlin, Savage, Mossberg, H & R Inc., Colt, U.S. Fire Arms Mfg. Co. and the Springfield Armory. Being an Interstate Nexus Specialist in the State of Alaska, I research and examine firearms and ammunition on a daily basis for both myself and for other law enforcement officers.

In addition, I have been declared an Interstate Firearms Expert in the Northern District of Utah, the Northern District of Alabama, the Southern District of Alabama and the District of Alaska and I have previously testified, approximately eighty (80) times, regarding origin, identification and functioning of firearms.

As a Special Agent with ATF, I have access to the Federal licensing information concerning U.S. manufacturers, importers and dealers of firearms; including those, which are licensed to do business in the State of Alaska. I also have access to the firearm records that are required to be maintained under Federal law by those who are Federal Firearm Licensees.

Federal law as defined by the Gun Control Act of 1968 requires that all firearms manufactured or imported into the United States bear the following markings: name of importer (if any), name of manufacturer, place of manufacture, caliber and a unique serial number. Most firearm markings after 1968 will also indicate a model designation.

I have examined various standard reference works relating firearms/ammunition to verify the details of my conclusions regarding this firearm. I have also conferred with manufacturers, importers and ATF Firearms Technology Branch for further information relating to this firearm.