Bureau of Alcohol, Tobacco, Firearms and Explosives
222 West Seventh Avenue, Suite 547
Anchorage, Alaska 99513

October 17, 2005

## REPORT OF TECHNICAL EXAMINATION

IN:   787010-06-0006

RE:   Jason Paul Onis King KIVI

Examination Conducted:   Place of Manufacture to Establish Interstate Nexus of a Firearm

Delivered by:   Special Agent Rebecca A. Bobich

### Based upon the description of the firearms:

(1)   One Israeli Military Industries (IMI) .45 caliber pistol, Model Baby Eagle, serial number 33311082.

(2)   One Bryco Arms, .380 caliber pistol, Model M-38, serial number obliterated.

### Findings:

Exhibit 1 is a .45 caliber pistol manufactured by Israeli Military Industries (IMI) located in Israel and imported by Magnum Research Inc. located in Minneapolis, Minnesota.

Exhibit 2 is a .380 caliber pistol manufactured by Bryco Arms located in Irvine, California.

### Conclusion:

Exhibits 1 and 2 are firearms as defined in U.S.C. Title 18, Chapter 44, Section 921(a)(3) and they were not manufactured in the State of Alaska.

Rebecca A. Bobich
Special Agent