UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON PAUL ONIS KING KIVI,<br><br>Defendant. | Case No. 3:05-cr-0106-JWS<br><br>**PROPOSED<br>ORDER CONTINUING TRIAL** |

After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

After consideration of defendant's motion to continue trial, the court GRANTS/DENIES the motion.

The trail and final pretrial conference currently scheduled for February 27, 2006, is hereby vacated. Trial and the final pretrial conference are rescheduled for _____, 2006, at _____ a.m./p.m.

DATED _____, 2006, in Anchorage, Alaska.

_____
John W. Sedwick
United States District Court Judge