M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JASON PAUL ONIS KING KIVI,<br><br>　　　　　Defendant. | Case No. 3:05-cr-0106-JWS<br><br>**ERRATA** |

　　　　Defendant, Jason Paul Onis King Kivi, by and through counsel M. J. Haden, Staff Attorney, notifies the court and the parties that the Affidavit of Counsel, filed at Docket No. 24, did not contain a signature. A signed Affidavit of Counsel is being filed with this errata. Counsel apologizes for any inconvenience this may have caused the court or the parties.

///

///

///

///

DATED this 16th day of February, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA


/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org


Certification:

I certify that on February 16, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden