UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JASON PAUL ONIS KING KIVI,<br><br>        Defendant. | Case No. 3:05-cr-00106-JWS<br><br>**ORDER CONTINUING TRIAL** |

After due consideration of defendant's motion on shortened time, the court **GRANTS** the motion.

After consideration of defendant's motion to continue trial, the court **GRANTS** the motion.

The trial and final pretrial conference currently scheduled for February 27, 2006, are hereby **VACATED**. The final pretrial conference is **RESET** for **8:30 a.m.** on **April 10, 2006**, and the trial by jury is **RESET** to commence at **9:00 a.m.** on **April 10, 2006**. The new trial date falls within the time deadlines established pursuant to the Speedy Trial Act.

DATED this 22nd day of February 2006 in Anchorage, Alaska.

        /s/
        John W. Sedwick
        United States District Court Judge