## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JASON PAUL ONIS KING KIVI,

        Defendant.

3:05-cr-00106-JWS-JDR

**FINAL RECOMMENDATION REGARDING MOTION TO SUPPRESS Evidence and Defendant's Statements**

(Docket No. 13)

In a Recommendation filed at Docket No. 20, I advised that defendant Kivi's Motion to Suppress evidence and statements be denied. The defendant timely filed objections at Docket No. 22. The government filed a response. Docket No. 29. After careful review of the objections, I decline to modify the original recommendation. The government adequately addressed the objections filed by the defendant and nothing contained in the objections causes the magistrate judge to

modify or discuss further the proposed disposition of Kivi's Motion to Suppress. The Motion to Suppress filed at Docket No. 13 should be denied. Accordingly, this matter will be forwarded to the assigned district judge for his determination.

DATED this   29th   day of March, 2006, at Anchorage, Alaska.

/s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge