M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JASON PAUL ONIS KING KIVI,<br><br>            Defendant. | Case No. 3:05-cr-0106-JWS<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

Defendant, Jason Paul Onis King Kivi, by and through counsel M. J. Haden, Assistant Federal Defender, notifies the court of intent to change his plea in the above-styled case. The parties are in the process of obtaining all the necessary signatures on the written plea agreement. The government will file the plea agreement as soon as it is completed. The parties anticipate that the agreement will be completed no later than Friday, April 7, 2006. Mr. Kivi requests that the trial by jury currently scheduled for Wednesday, April 12, 2006, be vacated and that the court proceed with the change of plea at 10:00 a.m. on Wednesday, April 12, 2006, as ordered at Docket No. 33.

DATED this 5th day of April 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA


/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:
I certify that on April 5, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden