M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JASON PAUL ONIS KING KIVI,<br><br>　　　　Defendant. | Case No. 3:05-cr-0106-JWS<br><br>**UNOPPOSED MOTION FOR ONE DAY CONTINUANCE TO FILE SENTENCING MEMORANDUM**<br>*Filed on Shortened Time* |

　　　　Defendant, Jason Paul Onis King Kivi, by and through counsel M. J. Haden, Staff Attorney, moves this court for a one day extension of time within which to file defendant's sentencing memorandum.  Pursuant to D. Alaska Loc. R. 32.1(d), sentencing memoranda are due June 30, 2006, in preparation for sentencing on July 7, 2006.

　　　　Counsel for defendant has been in trial in Fairbanks this entire week, and does not anticipate returning to Anchorage until after the close of business on June 30.  Counsel's file in this matter is in her office in Anchorage.  Thus, counsel requests a one day continuance, until July 3, 2006, within which to file defendant's sentencing memorandum.

This extension of time is necessary in order to provide Mr. Kivi with effective assistance of counsel as guaranteed by the Fifth and Sixth Amendments. Assistant United States Attorney Bryan Schroder is unopposed to this motion.

DATED this 29th day of June, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on June 29, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden