UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON PAUL ONIS KING KIVI,<br><br>Defendant. | Case No. 3:05-cr-0106-JWS<br><br>**PROPOSED<br>ORDER GRANTING EXTENSION OF<br>TIME TO FILE SENTENCING<br>MEMORANDUM** |

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's motion for a one day extension of time within which to file defendant's sentencing memorandum, the court GRANTS the motion. Defendant's sentencing memorandum is due July 3, 2006.

DATED _____, 2006, in Anchorage, Alaska.


_____
John W. Sedwick
United States District Court Judge