UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON PAUL ONIS KING KIVI,<br><br>Defendant. | Case No. 3:05-cr-00106-JWS<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE SENTENCING MEMORANDUM** |

After due consideration of defendant's motion on shortened time, the court **GRANTS** the motion.

After due consideration of defendant's motion for a one-day extension of time within which to file defendant's sentencing memorandum, the court **GRANTS** the motion. Defendant's sentencing memorandum is due July 3, 2006.

DATED June 29, 2006, in Anchorage, Alaska.

/s/
John W. Sedwick
United States District Court Judge