



Exhibit B
Page 1 of 2

