MJ  6/9/06
601 West 5th ave.
Suite 800
Anchorage Alaska 99501

Ref: Jason Kivi

I am writing this letter to you as a personal friend and prior employer of Jason Kivi. In all the years that I have know Jason and had the pleasure to work with him he has been a very dependable and hard worker. As his past employer he had to pass multiple drug and alcohol tests to work in the environmental business, all of these were passed at 100% and never failed. If my company could have had a dozen more like him we would have taken them. Jason was always early to work and always the last to leave. As a friend he was always welcome in our home and always there to help if we needed any thing. Jason is an asset to this community and liked by all. If you should have any questions please feel free to call me at 398-6308.

Thank you,

Mike and Tammy Wicker

Exhibit C
Page 1 of 16


JUN 1 4 2006
FEDERAL PUBLIC DEFENDER

To whom it may concern

I'm writing this letter in regards to Jason Kivi. My name is John Kivi, I'm Jason's brother and was also his supervisor at Envirotech. I normally wouldn't hire friends or family when it comes to work. My reasons are simple, friends and family usually expect special treatment, Jason didn't expect special treatment he just wanted a chance. I gave Jason a chance and he didn't disappoint me or my boss. Jason started work and immediately showed lots of initiative. He picked up on things quickly and always went above and beyond what was asked of him. Jason volunteered to come in at night to check on equipment we had running and receive deliveries. Jason was always on time and never missed a day of work. The morning of the day Jason was picked up he had been promoted to foreman at our Westside facility and given a pay raise to $25.00 hr. I would hire Jason back today if he were out. I've had many employee's and Jason by far out performed them all. I was tough on Jason while he worked for me because he was family. Jason advanced to a foreman in the company not because of me but because he worked hard and earned it. Jason has a lot of potential to go far in life. Yes he made a mistake and yes there should be consequences, I also believe in second chances. I believe Jason should be punished but I also hope for some leniency. I would hate to see someone with as much talent as him be ruined by to much time in prison for possessing firearms. I'll say it again; yes he was wrong I'm just asking for some consideration in this matter.

Thank You for your time

    Sincerely John Kivi

Exhibit C
Page 2 of 16

To Whom It May Concern:

This letter is in regards to Jason Kivi. I am Kristina Rogers his sister. My brother Jason is a very loving and caring person, and has a talent for art, he also loves his son Onis and his family very much. Jason has been away from his family for a long time because of bad choices he has made. When Jason was released from jail last year he got a job and worked very hard, he received custody of his son, and for the first time in years was able to spend the holidays with our family. Jason was saving money to buy a house so his son could have a yard to play in and a place to call home. Jason was very proud of his son and his job and had made many plans for their future. It was always a joy to see Jason, he was always happy and would always smile, I can't recall ever seeing Jason mad, even little things like what he would eat for dinner would make him smile. I along with the rest of the family enjoyed seeing and being with Jason. Jason is a good person, we all make mistakes some may not be as bad as others, but I don't feel that Jason is a danger to anyone. Jason's son Onis needs his dad, these are important years in a kids life, and I feel that if given the chance that Jason would make the right choices this time, I feel that he has learned his lesson and has seen what he has to lose. Jason is a very loving and caring person, his son and his family would love to have him back in our lives.

Thank You,

*Kristina K. Rogers*

Kristina K. Rogers

Exhibit C
Page 3 of 16

June 25, 2006

To Whom It May Concern:

I am writing on behalf of my brother Jason Kivi. Jason is a very hard worker and takes pride in his work. Jason is a very talented artist. The pictures he draws and the things he carves are incredible; he is good enough to have his own studio. Jason also has a son named Onis who loves his daddy very much and really wants to spend time with him. Onis needs to spend time with his dad and Jason really needs the time with his son. Jason and Onis get along very well, especially for the short amount of time that they have had to spend together. Onis behaves better for Jason than for anybody else.

Jason has made some poor choices and I know that he is very regretful for the choices he has made. I think that if Jason has to serve a long amount of time for his mistakes he will be worse off. I love and care for my brother very much and it really is heart breaking to me to think that he could be locked up for a long time. Jason has a family who will be supportive to him and will encourage him to make good choices when he is back at home. I would as for leniency for Jason in his sentencing.

Sincerely,

*Brenda Kingsley*

Brenda Kingsley

Exhibit C
Page 4 of 16

To Whom It May Concern

I am writing this letter on behalf of Jason Kivi, my son of 27 years. He has been a blessing and has also made some mistakes, and has paid dearly, so has his family, we miss him and would like a chance to get to know him better as a family. We have his son here with us we would like to care for him while Jason is gone so that they may be able to keep in contact over the years.

His son Onis has only been able to know his dad and see him as of april

Exhibit C
Page 5 of 16

2

may of 2005 it wasn't long enought but they builted a very loving relationship Onis was so glad to meet and have his own daddy. I am asking for me but more for this little boy who just found his dad, and now will lose him so soon and for a long time. If the Court would please give Jason another chance to make up for the choices he has made that efected his son + family I know he has to serve time, ~~I am~~ Just asking for Grace and Mercy from the Court that he may get the very least ~~sentence~~ posible. I thank you on behalf of my

Exhibit C
Page 6 of 16

self and family as these decision our hard to make. Jason is a good father Onis is ADDH and most of the time Jason was the only one who could control onis it was trying but Jason did it with love and understanding each time and always told onis he loved him no matter what. Jason is also a very hard worker he gives his all then some. He's also very giving and kind he will help anyone. His son has never went with out, he calls every day to talk to him some times two or three time's to see how he's doing

Exhibit C
Page 7 of 16

and to say good night. He has barrowed money and has always payed it back. we have a good safe home here for Onis and Jason we will alway help and be here for both of them. He is the youngest of 5 Kids we were very blessed to receive him at two day old he was adopted in 1978 he has been a big part of our family, we will always stand by him even though we don't agree with some of his choices we love him very much, and ask the Court to give him another Chance especialy

Exhibit C
Page 8 of 16

for his eight year old son. Thank you very much May God Bless you

Lucille Wilson

Exhibit C
Page 9 of 16

3/25/06

To whom it may concern:

I'm writing this letter on behalf of Jason Kivi. I worked with Jason for a moment at Envirotech.

Jason who is a artist like myself, taught me fundamentals of tattooing, which is something I've gotten very good at. I thank him very much for.

He gave me guidance and experience which were free of charge. It helped me grow. I believe that should be reconized and I owe it all to Jason Kivi

Sincerly

Ryan A———

Exhibit C
Page 10 of 16

5-13-06

To whom it may concern,

I was a co-worker and a friend of Jason's. He is a soft spoken, and funny person to be around. I enjoyed working with him and he's truley been a good friend to me. I'v never experienced a bad moment with him. I was shocked when he went to Jail. I'm hopeing that he'll get out soon and beable to carry on with his life.

Sincerly,

Joey Walker

Exhibit C
Page 11 of 16

5/5/06

To Whom It May Concern:

My Name is Randy Self and I'm an ex-Fort Worth police officer. I met Jason Kivi through his girlfriend Emile and my wife Kim. Jason along with his son Onis is always welcome at our house. I knew about Jason's past history, but after seeing his dedication as a father and seeing him get custody of his son, I knew Jason was a good person. Most dads' these days would be irresponsible and not even be there for their kids. Jason has earned my respect and friendship. He has accomplished an impossible task of winning custody of his son. I hope that Jason will learn and grow from all this and go back to leading a healthy life with his son and family. Thank you for your time.

Sincerely,

Randy Self

Exhibit C
Page 12 of 16

5/5/06

To Whom It May Concern:

My name is Kim Self and I am a friend of Jason Kivi. I met Jason through his girlfriend Emile, and ever since meeting him and his son Onis we have always enjoyed his company and have always invited them to our barbecues or any other event we might have going on.
For a person who has been locked away for so long, he was and is always full of energy and life. Jason was very proud to get custody of his son, the love he showed as a father was heart touching. I love Jason's sense of humor and his politeness and respect. I would always call him and consider him my "lil brother. I look foreword to the day of seeing Jason again and I'm praying for him and his family everyday.

Sincerely,


Kim Self

Exhibit C
Page 13 of 16

4/5/06

To Whom It May Concern:

This is for Jason Kivi, who I met at our Church. His mother would always speak of her son and his artwork. I am a big fan of Jason's paintings, he has a huge talent for art and I love is pastel's. His mother Lucille speaks of him proudly.
My first impression of Jason was a good one. He was very polite and well dressed. He is a very giving person as well as a very dedicated father. Jason has a lot of potential and a lot to offer his son and family. I'm praying that Jason makes the right choices from here on out.


Sincerely,

Sandra Stone

Exhibit C
Page 14 of 16

4/23/06

Dear Judge,

I'm writing this in regards to Jason Kivi. I've known Jason for almost 15 years. I have seen Jason grow into a strong and caring person over the years. When Jason got released for prison he had gotten custody of his son and had a good job in the Oil Field, he always talked about his son and his job. He had everything going for him, his son, work and family. I was told that he might have to do 7 years, I feel that is a tremendous amount of time, since he just spent 7 years away. He made a mistake that he deeply regrets. My prayers go out to Jason and his family, and also for a safe return.

Sincerely,

Lilly Armstrong

Exhibit C
Page 15 of 16

**Practice Page**

Practice writing on your own.

Name __ONISKV__

Hi Daddy I wish you were here with me, bike riding with the sun and playing with me in the morning and rocking me in bed at night. And reading to me at night. You are a very good daddy. Only daddy. I Love you xoxo

Exhibit C
Page 16 of 16