M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JASON PAUL ONIS KING KIVI,<br><br>　　　　　Defendant. | Case No. 3:05-cr-0106-JWS<br><br>**NOTICE OF FILING<br>DEFENDANT'S STATEMENT** |

　　　　Defendant, Jason Paul Onis King Kivi, by and through counsel M. J. Haden,

Staff Attorney, files herewith a statement to the court from defendant, Jason P. Kivi.

　　　　DATED this 3rd day of July, 2006.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　FEDERAL PUBLIC DEFENDER
　　　　　　　　　　　　　　　　　　FOR THE DISTRICT OF ALASKA

　　　　　　　　　　　　　　　　　　/s/ M. J. Haden
　　　　　　　　　　　　　　　　　　Staff Attorney
　　　　　　　　　　　　　　　　　　Georgia Bar No. 316531
　　　　　　　　　　　　　　　　　　601 West 5th Avenue, Suite 800
　　　　　　　　　　　　　　　　　　Anchorage, AK  99501
　　　　　　　　　　　　　　　　　　Ph:  (907) 646-3400
　　　　　　　　　　　　　　　　　　Fax:  (907) 646-3480
　　　　　　　　　　　　　　　　　　mj_haden@fd.org

Certification:

I certify that on July 3, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

and hand delivered on:

United States Probation/Pretrial Services
222 West 7th Avenue, No. 48, Room 168
Anchorage, AK  99523

/s/ M. J. Haden