June 3rd 2006

Your Honor,

I'm writeing this letter so I can explain myself in further detail. I don't want to minimize or justify my crime, so to keep it simple I had a firearm at my place of residence. As a result, I got charged in the state looking at a 3 year sentence. Then the feds picked up the case months later, my time then shot up to a 7 year minimum sentence. 7-10 years to be exact. Takeing responsibility for my actions I took a deal for the Low-end 84 months.

Now, come to find out a couple days ago that was a wrong calculation by my attorney. I was mislead by my attorney and the goverment that 84 months was the Low-end of my sentenceing guidline. The federal Probation Officer Ms. Wong came up with the correct guidline as to being 70-87 months,... Therefore, your Honor, I do not agree with a 84 month sentence. My attorney advised me we'll ask for the Low end 70 months, instead of pulling the deal altogether.

I understand that it could be at your discretion to give me a reduced sentence, even below a low end guidline. I am asking for mercy of the court Your Honor, if there is anyway I could be granted leniency for the crime I commited. I would love to get back to my son and family.

While released from prison, I left with a goal of getting full custody of my son. Also to start a business for myself or climb the ladder of whatever job I chose.

I never had a "real" job until I got out of jail. I put 100% of dedication into my line of work and showed I was a ~~valueba~~ Valueable worker. My work ethics and drive put me from an entry level pay of $15 hour to $25 an hr.

in only a 7-8 month period. I demonstrated reliability, leadership and proper work procedures. My last promotion was from $19. hr. to $25. hr. as a foreman. I enjoyed my work, with over-time I could have been pulling in 80K a year. By now, I would be making that much. No question about it. My employer and co-workers are still behind me. My employer explained that I'd always have a job. For which I am truely grateful.

After getting outta prison I achieved a near impossible mission of getting custody of my son. He was 7½ years old then. I got to meet and see him for the first time in five years when I got out. I am his father and I always wanted to be there for my son. I made sure he knew that everyday. I was involved in my son's schooling and counseling. Teachers would comment his behavior improved since my son was placed in my care. I am doing the best I can to still keep my boy apart of my life. The state gave me custody of my son. The state was behind me the whole way in me getting custody. My son lived with me the last two months before I came to jail. I was away 7 years and never got to be a father to my son. So it was awesome being a Dad to my boy. Teaching him manners, the fishing trips we'd take together, the shopping for clothes and toys... Picking him up from school and talking with his teachers... Haveing him always wanting to sit next to me, in the middle, while we're driving somewhere. Reading to him everynight, watching him sleep. I love my son and always plan on being there for him. He truely loved being with me. The greatest feeling in the world was when he called me "the best" while we were running across the beach by ourselves. An I loved being his father, his role model...

My P.O. was very impressed an was also behind me in getting custody of my son. He would encourage me... He'd always compliment me on how good I was doing. I did everything my p.o. asked of me. He recently told me I had it made, had everything going for me, then I blew it. Which I did and I'm regreting it.

I will never, ever in my life possess or go near a firearm, ever. It has ruiend my life as well as my son's life. The P.S.R. stated I have no victims in my crime... yet my son and family are victims. I failed my son and family by comeing back to jail. They are part of a rippling effect caused by me. I've apologized numerous times to my son and family. I'm hopeing I can make up for my actions once I'm released back into the community with my son, family and friends.

Once releared I will get custody of my son agian, an be a father to him. My Dad died when I was young and he was never really there for me. So I plan on never giving up on my son. I will always be a part of his life... I'll go back to work for my employer or with my Native Corporation. I'm Hazwoper Certified and have confined space and rescue training so a job in the oil-field will be no problem... When it comes to work and business I think along the lines of a entrepreneur, I know I will be successful at whatever I choose...

I know my deal was a non-binding deal. I understand you have the power to give me more or less time in eaither direction of the guidline. As I said I don't agree with the governments deal, nor will they uphold there deal of: "consistent with the lower end of the applicable guidline range". Which turns out to be 70 months..

I would be grateful for a 70 month sentence your Honor, or anything below that.

I apologize for my actions, to you, my family and espeacially my Son. I hope to be givin another oppurtunity at life as a father to my son.

Thank you for time and I'd greatly appreciate your consideration in a reduced sentence.

Sincerely,
JASON P. KIM

Alot of people ask, why am I a good father an role model... An there are some reasons why...

I'm always calm, cool and collective. thats just me... An I'm that way with my son. I have no anger issues, an I'm never quick to anger... I know my son see's that. My son see's me wake up every morning and go to work...

I quit smokeing because of my son. He's never known me to smoke, no smokeing is allowed in our home or car. My son shouldn't be subjected to second hand smoke, or a father that smokes...

No alcohol is allowed around my son, nor are any intoxicated people. For obvious reasons.

My son can only play age appropriate video games and watch appropriate movies...

No argueing is allowed in front of my son, no foul language, no fighting period.

Nothing is to be glamorized thats inappropriate...

I made sure my son was happy... My goal was to always keep a smile on his face... I spoiled my son...

We lived in a very nice place, comfortably... in a nice town...

I was involved in my sons life. Me, I was always there for him...