M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>vs.<br><br>JASON PAUL ONIS KING KIVI,<br><br>                   Defendant. | Case No. 3:05-cr-0106-JWS<br><br>NOTICE OF FILING<br>PARTIAL AMENDED EXHIBIT |

       Defendant, Jason Paul Onis King Kivi, by and through counsel M. J. Haden, Staff Attorney, is filing herewith hand-written, signed copies of letters in support, typed and unsigned copies of which were filed at pages 12 through 15 of Exhibit C to Defendant's Sentencing Memorandum at Docket No. 41.

///

///

///

///

DATED this 6th day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA


/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on July 6, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

and hand delivered on:

United States Probation/Pretrial Services
222 West 7th Avenue, No. 48, Room 168
Anchorage, AK  99523

/s/ M. J. Haden