5/5/06

TO WHOM IT MAY CONCERN:

My name is Randy Self and I'm an ex-Fort Worth police officer. I met Jason Kiwi through his girlfriend Emile and my wife Kim. ~~They knew our kids as~~ Jason along with his son are always welcome at our house. I knew of Jason's past history and after seeing his dedication as a father an seeing him get custody of his son I knew he was truely a good person. Most dad's these days would he to irresponsible and not even bother being there for their kids. Jason has earned my respect, and friendship. He accomplished an almost impossible task of winning custody of his son. I hope Jason will learn and grow from all this and go back to leading a healthy life with his son and family. Thank you for your time

Sincerly, Randy Self

Exhibit C (Amended)
Page 12 of 16

May. 5th. 2006

To whom it may concern:

My name is Kim Self and I'm a friend of Jason Kivi. I met Jason through his girlfriend and ever since meeting him and his son, my husband and I always invite them camping, barbecues, you name it.

For a person who had been locked away for so long, he was full of energy and life. Jason was very proud to get custody of his son. The love he showed as a father was heart touching. I love Jason's sense of humor and his politeness and respect. I always called him and consider him my "lil brother". I look forward to the day of seeing Jason again and I'm praying for him every day.

Sincerely,

Kim Self

Exhibit C (Amended)
Page 13 of 16

4/5/06

To whom it May Concern,

This is for Jason Kivi, who I met at our church. His Mother would always speak of her son and his art work. I am a big fan of Jasons paintings. He has a huge talent for art and I love his pastel's. His Mother Lucille speaks of him proudly.

My first impression of Jason was a good one. He was very polite and well dressed. Seemed very giving and dedicated as a father. Jason has alot of potential and alot to offer his son and family.

I'm praying that Jason makes the right choices from here on out.

Sincerly

Sandra Stone

Exhibit C (Amended)
Page 14 of 16

4.23.06

Dear Judge,

   I'm writeing this in regards to Jason Kim. I've known Jason for almost 15 years. I seen Jason grow into a strong and careing person over the years. When Jason got released from prison he gotten custody of his son and had a good job in the oilfield he always talked about. He had everything going for him. His son, work and family. I was told he was gonna have to do seven years. I thought that was a tremendous amount of time, since he just spent seven years away. He made a mistake I'm sure he deeply regrets. My prayers go out to jason and his family, also for his safe return.

Sincerly,
Billy Armstrong

Exhibit C (Amended)
Page 15 of 16