M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>JASON PAUL ONIS KING KIVI,<br><br>                  Defendant. | Case No. 3:05-cr-0106-JWS<br><br>**MOTION ON SHORTENED TIME FOR JUDICIAL RECOMMENDATION FOR DESIGNATION TO FCI SHERIDAN** |

        Defendant Jason Paul Onis King Kivi, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time for a judicial recommendation that he be designated to FCI Sheridan to serve his time of imprisonment.

        Mr. Kivi was sentenced before this court on Friday, July 7, 2006.  During the sentencing, undersigned counsel inadvertently forgot to request that the court make a judicial recommendation that the Bureau of Prisons designate Mr. Kivi to FCI Sheridan as it is the closest federal facility to Alaska.  Mr. Kivi asks for this requests in order that he be close to his family who reside in Kenai. Mr. Kivi requests that the court include the recommendation in its judgement.

Undersign counsel apologies for any inconvenience cased by her failure to make the request at the time of the sentencing hearing.

DATED this 11th day of July 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA


/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:
I certify that on July 11, 2006,
a copy of the foregoing document
was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden