UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON PAUL ONIS KING KIVI,<br><br>    Defendant. | Case No. 3:05-cr-0106-JWS<br><br>**PROPOSED ORDER GRANTING DEFENDANT'S MOTION ON SHORTENED TIME FOR JUDICIAL RECOMMENDATION FOR DESIGNATION TO FCI SHERIDAN** |

After due consideration of defendant's Motion on Shortened Time for Judicial Recommendation for Designation to FCI Sheridan, the court grants the motion.

IT IS HEREBY ORDERED that the judicial recommendation that Mr. Kivi be designated to FCI Sheridan to serve his time of imprisonment, shall be included in the court's judgement.

DATED July _____, 2006, in Anchorage, Alaska.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE